1

2

3

4

5

6

7

8

9            IN THE UNITED STATES DISTRICT COURT

10           FOR THE EASTERN DISTRICT OF CALIFORNIA

11   AZUCENA NEGRETE,

12            Plaintiff,                    No.  CIV S-08-0477 WBS KJM

13      vs.

14   OLDCASTLE APG WEST, INC.,

15            Defendant.                    ORDER

16   _____/

17           The undersigned hereby recuses herself from this action pursuant to 28 U.S.C.

18   § 455(a).  Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to

19   randomly reassign this case to another magistrate judge for any further proceedings which may

20   be appropriate or required, and make the appropriate adjustment in the assignment of civil cases

21   to compensate for this reassignment.

22   DATED: 3/24/08

23

24   KIMBERLY J. MUELLER
     U.S. Magistrate Judge

25   /////

26   /////

1

1

<u>NOTICE</u>

2    This case is reassigned to **Judge Dale A. Drozd** as the new

3  Magistrate Judge in this case.

4  DATED: **3/26/08**

VICTORIA MINOR

5

6

7    By: _____
Deputy Clerk

8

Negrete477.rec

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2