TIMOTHY CAMACHO (SB No. 154349)
GLEASON & CAMACHO
727 18th Street
Modesto, California 95354
Telephone: (209) 550-2777
Facsimile: (209) 550-2785

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AZUCENA NEGRETE<br><br>Plaintiff<br><br>vs.<br><br>OLDCASTLE, INC., OLDCASTLE APG WEST, INC., OLDCASTLE STOCKTON, and DOES 1 to 20<br>Defendants. | Case No.  2:08-CV-00477-WBS-KJM<br><br>**REQUEST AND STIPULATION OF DISMISSAL**<br><br>JUDGE: William B. Shubb<br>            U.S. District Judge |

The parties to the above entitled action do hereby request and stipulate, through their designated counsel,  that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

Dated: January 22, 2009                                                      GLEASON & CAMACHO


                                                                                          By: /s/
                                                                                                  Timothy Camacho
                                                                                                  Attorney for Plaintiff

//

-1-
REQUEST AND STIPULATION OF DISMISSAL

1 | Dated: January 22, 2009                               KILPATRICK STOCKTON LLP

3 | By: /s/
    Kathleen B. Dodd
4 | Attorneys for Defendant
    OLDCASTLE APG WEST, INC..

8 | IT IS SO ORDERED.

10 | Dated:  January 29, 2009

    _____
    WILLIAM B. SHUBB
    UNITED STATES DISTRICT JUDGE

-2-
REQUEST AND STIPULATION OF DISMISSAL